**Entered on Docket**
**September 07, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: September 7, 2023**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br>Debtor | Case No. 23-30368 DM<br><br>Chapter 11 |
| NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br>Plaintiff<br>vs.<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION et al.<br>Defendants | Adv. Pro. No. 23-3023 DM |

## ORDER GRANTING *EX PARTE* MOTION FOR AUTHORIZATION TO GIVE NOTICE BY PUBLICATION

Upon consideration of the *Ex Parte* Motion of Nob Hill Inn City Plan Owners ("City Plan" or the "Debtor") for authorization to give Notice by Publication, it appearing that neither the Subchapter V

Trustee nor the Office of the U.S. Trustee oppose the relief sought or seek a hearing thereon, and good cause therefore appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Under the circumstances, further notice and an opportunity to be heard to parties in interest is not necessary.

2. The Application be, and it hereby is, granted.

3. Notice by publication of the pendency of the above action shall be sufficient if the text identified in the Motion is promptly published once in each of the San Francisco Chronicle, the East Bay Times and the Sacramento Bee.

* * * END OF ORDER * * *

***Court's Service List***

All persons entitled to notice of entry of this Order are ECF registered