Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br><br>Debtor | Case No. 23-30368 DM<br>Chapter 11 |
| NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br>Plaintiff<br><br>vs.<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION *et al.*<br><br>Defendant | Adv. Pro. No. 23-3023 DM |

## REQUEST FOR ENTRY OF JUDGMENT AUTHORIZING SALE FREE AND CLEAR OF CO-OWNERS' INTERESTS

Plaintiff Nob Hill Inn City Plan Owners Association ("Plaintiff" or "Debtor") requests entry of Findings of Fact and Conclusions of Law in the form attached hereto as Exhibit A and the entry Judgment herein by consent and by default in the form attached hereto as Exhibit B, and in support thereof respectfully represents as follows:

1. On June 10, 2023, Nob Hill Inn City Plan Owners Association ("Plaintiff," the "Debtor" or "City Plan") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Although a Subchapter V Trustee has been appointed, the Debtor operates as Debtor in Possession pursuant to 11 U.S.C. §1101 *et seq.*

*Factual Background*

2. The Debtor is a non-profit mutual benefit corporation, operating as the "homeowners association" for the property commonly known as "The Nob Hill Inn" (the "Property"), located at 1000 Pine Street in San Francisco, California and legally described as follows:

> PARCEL 1:
>
> BEGINNING at the point of intersection of the northerly line of Pine Street and the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet to the westerly line of Taylor Street; thence at a right angle southerly along said line of Taylor Street 75 feet to the point of beginning.
>
> BEING a portion of 50 Vara lot No. 1025 in Block No. 219.
>
> PARCEL 2:
>
> BEGINNING at a point on the northerly line of Pine Street, distant thereon 25 feet westerly from the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet; thence at a right angle southerly 75 feet to the point of the beginning.
>
> BEING a portion of 50 Vara Block No. 219.

3. For many years the Property has been operated as a timeshare, with the co-ownership interests and timeshare intervals (the "Intervals") governed by the Articles of Incorporation of Nob Hill Inn City Plan Owners Association; the By-Laws of Nob Hill Inn City Plan Owners Association; and the Amended and Restated Declaration of City Plan (Nob Hill Inn) collectively referred to herein as the "CC&Rs." The CC&Rs are in the Court's Docket as Exhibit C to the First Day Declaration; Dkt #13.

4. The Debtor asserts that it maintains the best and most accurate records of the actual owners of the Intervals (the "Co-Owners") Included among the Defendants are all of the Co-Owners. The Tax Assessor also maintains records identifying Co-Owners, but those records are not updated as regularly as the Debtor's records. The Debtor believes that its own records are generally the most

accurate, and the Tax Assessor's records are of uncertain accuracy

5. The holders of more than a 75% super-majority of the Intervals duly voted sell the Property and to terminate the CC&Rs consistent with the provisions of the CC&Rs. See, Article VIII, Section 8.2(a). The Debtor commenced its Chapter 11 case and this Adversary Proceeding in order to implement that vote.

6. The Debtor has ceased operating the Property as a timeshare or as a boutique hotel and thus has ongoing expenses but no revenues. The Debtor has listed the Property for sale.

7. The Debtor has engaged in one post-petition borrowing in order to support ongoing operations in the absence of revenues; Dkt #65. The Debtor's cash on hand, consisting principally of the proceeds of its post-petition borrowing, will sustain ongoing operations only for a limited period of time. Specifically, the Monthly Operating Report for November, 2023; Dkt #85-1; reflects approximately $40,000 per month in disbursements and cash on hand at month end of $382,233.28.

*Service of Process and its Results*

8. Through this Adversary Proceeding, the Debtor seeks a determination that it may sell the Property free and clear of all of the Co-Owners' interests (the "Interests").

9. Although there are 1,071 Intervals, 550 are held by the Plaintiff and many of the other Interval Owners own more than one Interval, so there are a total of 525 Co-Owners, inclusive of Plaintiff.

10. All of the Co-Owners were named as defendants and served with process in this Adversary Proceeding by first class mail at the best address(es) available to the Debtor and at any address appearing on the rolls of the San Francisco Tax Assessor. See, Dkt #7, 16, 31, 32 and 33. See generally, accompanying Kasolas Declaration.

11. In addition and in order to provide maximum actual notice of this Adversary Proceeding, the 379 Defendants whose email addresses were retained by the Debtor were served with process in this Adversary Proceeding by email. See, Dkt #10. This represents more than 72% of the Defendant Co-Owners.

12. Notice by publication was given to all Defendants; see, Dkt #14; consistent with the Court's Order setting the requirements for notice by publication; see, Dkt #13.

13. Coupled with the service of process in this Adversary Proceeding, the Debtor solicited the execution of Consents to Judgement. See, Dkt #6. 942 Co-Owners Consented to Judgment. See, Exhibit 1 to the Kasolas Declaration.

14. No Co-Owner responded to process by filing an Answer or a Motion. See Kasolas Declaration, ¶8.

15. 129 Co-Owners did not answer and are the subject of a Clerk's Entry of Default. See, Exhibit 2 to Kasolas Declaration.

16. All of the actual Co-Owners as reflected in VRI's and City Plan's books and records have either executed Consents to Judgment or are the subject of a Clerk's Entry of Default. See, Exhibits 3 and 10 to the Kasolas Declaration.

17. All of the persons who are reflected as Co-Owners in the rolls of the Tax Assessor have either executed Consents to Judgment; see, Exhibit 4 to the Kasolas Declaration; or are the subject of a Clerk's Entry of Default; see, Exhibit 5 to the Kasolas Declaration. These results are summarized in Exhibit 6 to the Kasolas Declaration. The Tax Assessor's Rolls are attached as Exhibit 7 to the Kasolas Declaration for convenient comparison.

18. The Debtor determined that certain Defendants did not have Interests in the Property and sought their dismissal as having been improvidently named defendants. The Court has dismissed those Defendants. Dkt #43.

19. Every defendant named in this Adversary Proceeding has either (a) executed a Consent to Judgment, or (b) is the subject of a Clerk's Entry of Default, or (c) has been dismissed as improvidently named. See, Exhibit 8 to the Kasolas Declaration. Thus, it is appropriate to enter Judgment concluding this Adversary Proceeding.

*Underlying Merits*

20. The CC&Rs provide: "[N]o Owner or other person or entity acquiring any right, lien or interest in any of the Property shall seek or obtain, through any legal procedures, judicial partition of the Property…." See, Dkt #13, Exhibit C, Article II, Section 2.12.

21. In any event, partition in kind of the Property among the estate and the Co-Owners is impracticable. Since the timeshare / hotel is no longer operating, nothing more than bare legal title to a fractional interest could be obtained by a Co-Owner through partition.

22. Sale of the estate's undivided Interest in the Property, if possible, would realize significantly less for the estate than sale of the Property free of the Interests of the Co-Owners. Although the estate owns an approximately 50% interest in the Property, any disposition subject to the rights of 524 Co-Owners would yield a fraction of the value of the estate's portion of the proceeds of a sale of the entire Property.

23. The benefit to the estate of a sale of the Property free of the Interests of the Co-Owners outweighs the detriment, if any, to the Co-Owners. Since the Property is not and will not in the future operate as a timeshare, the Co-Owner's Interest is no more than a right to fractional bare legal title, which cannot outweigh the benefit to the estate of a cash sale.

24. The Debtor complied with the procedure set forth in the CC&Rs for effecting a sale of the Property and dissolution of the Debtor, and the Co-Owners voted in favor by more than a 75% super-majority, confirming that the benefit of a sale of the Property outweighs any detriment to be suffered by Co-Owners. Article VIII, Section 8.2(a).

25. The CC&Rs provide that, upon the occurrence of the events described in Paragraph 22 above, each Defendant "by accepting the conveyance of a City Plan [Interval]…, hereby confers upon the [Debtor], as trustee, the power and authority… to sell, convey or otherwise transfer the Property, together with any improvements thereon…" Article VIII, Section 8.2(a). Thus, the Co-Owners have already consented to a sale free and clear of their Interests.

26. The Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

27. The Debtor represents that if relief is granted to effect a sale of the Property free and clear of Co-Owner Interests, it will promptly distribute to Co-Owners their share of the net proceeds of sale, consistent with the requirements of Section 363(j).

28. This is an Adversary Proceeding, brought pursuant to Fed. R. Bankr. P. 7001(3) *et seq.*

29. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §1334(b).

30. This Court exercises "core" jurisdiction pursuant to 28 U.S.C. §157(b)(2)(A), (M), (N) and (O) and can enter a final judgment herein.

31. Plaintiff consents to the entry of final judgments or orders in this Adversary Proceeding. By submitting voluntary Consents to Judgment, the consenting defendants consent to entry of a final judgment herein.

32. Venue is appropriate pursuant to 28 U.S.C. §1409(a).

33. All Defendants were duly served with process in a manner consonant with Bankruptcy Rule 7004(b).

34. In addition, more 70% of the Defendants were afforded actual notice by receiving service of process by email.

35. In addition, all Defendants received constructive notice through Plaintiff's publication consistent with the Court's Order; Dkt # 13, Dkt #14.

36. Defendants' due process rights respecting this Adversary Proceeding have been satisfied.

37. The Defendants have received notice and an opportunity to be heard with respect to the relief sought herein.

38. All of the Co-Owners have Consented to Judgment or been the subject of the Clerk's Entry of Default. See, Exhibit 10.

39. The owners of Intervals have direct interests in real property. The CC&Rs implementing the timeshare were recorded against title to the property, and every interval owner received a deed for his/her interval. Compare, Cal. Bus. & Prof. Code § 11213 ("Each time-share estate… constitutes, for purposes of title, a separate estate or interest in real property including ownership in real property for tax purposes.")

40. Where the parties to a timeshare contract "intended to create real property rights," the bankruptcy court is required to honor those real property rights. *Scotiabank De P.R. v. Burgos (In re Plaza Resort at Palmas, Inc.)*, 741 F.3d 269, 281 (1st Cir. 2014)

41. The application of Section 363(h) is limited to a tenancy in common, a joint tenancy or a tenancy by the entireties. The owners of Intervals are tenants in common. The CC&Rs (the timeshare agreement) characterize the relationship as a tenancy in common, although it subordinates any right to partition. CC&Rs, Article II, Section 2.12(a); Dkt #13 Exhibit C; and see, Cal. Bus. & Prof. Code § 11215 (the timeshare instrument "shall subordinate all rights that a time-share interest owner might otherwise have as a tenant-in-common in real property to the terms of the time-share instrument.")

42. All of the elements of Section 363(h) have been satisfied, so a Judgment permitting a sale of the Property free and clear of all Co-Owner's Interests is warranted.

a. Partition in kind of the Property among the estate and the Defendants is impracticable. See, Findings ¶¶ 19, 20.

b. Sale of the estate's undivided Interest in the Property would realize significantly less for the estate than sale of the Property free of the Interests of the Defendants. See, Findings ¶ 21.

c. The benefit to the estate of a sale of the Property free of the Interests of the Defendants outweighs the detriment, if any, to the Defendants. See, Findings ¶¶ 22 - 24.

d. The Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power. See, Findings ¶ 25.

43. The burden imposed by the entry of the Judgment herein on Defendants who have not affirmatively Consented is limited, since:

a. The timeshare is not currently operating, and there are no viable prospects for returning it to operational condition, so under any circumstances the Defendants by retaining their interests may not hereafter enjoy anything more than fractional bare legal title;

b. The Defendants' interests will to re-attach to the proceeds of sale which, due to the provisions of Section 363, are likely to represent the market value of the property as a whole, and hence more than the value of the fractional interest held by any Defendant; and

c. The Defendants will promptly receive their share of the proceeds of sale as required by Section 363(j).

WHEREFORE, Plaintiff prays that a Judgment be issued authorizing the sale of the Property free and clear of the Co-Owners' Interests.

Respectfully submitted,

DATED: December 27, 2023

ST. JAMES LAW, P.C.

By: /s/ *Michael St James* .
Michael St. James
Counsel for the Plaintiff

# Exhibit

# A

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br><br>Debtor | Case No. 23-30368 DM<br>Chapter 11 |
| NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br>Plaintiff<br><br>vs.<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION *et al.*<br><br>Defendant | Adv. Pro. No. 23-3023 DM |

# FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING ADVERSARY PROCEEDING TO SELL FREE AND CLEAR OF CO-OWNERS' INTERESTS

Upon consideration of the papers and pleadings filed herein, the Court makes the following findings of fact and conclusions of law:

DRAFT

1. On June 10, 2023, Nob Hill Inn City Plan Owners Association ("Plaintiff," the "Debtor" or "City Plan") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Although a Subchapter V Trustee has been appointed, the Debtor operates as Debtor in Possession pursuant to 11 U.S.C. §1101 *et seq.*

*Factual Background*

2. The Debtor is a non-profit mutual benefit corporation, operating as the "homeowners association" for the property commonly known as "The Nob Hill Inn" (the "Property"), located at 1000 Pine Street in San Francisco, California and legally described as follows:

PARCEL 1:

BEGINNING at the point of intersection of the northerly line of Pine Street and the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet to the westerly line of Taylor Street; thence at a right angle southerly along said line of Taylor Street 75 feet to the point of beginning.

BEING a portion of 50 Vara lot No. 1025 in Block No. 219.

PARCEL 2:

BEGINNING at a point on the northerly line of Pine Street, distant thereon 25 feet westerly from the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet; thence at a right angle southerly 75 feet to the point of the beginning.

BEING a portion of 50 Vara Block No. 219.

3. For many years the Property has been operated as a timeshare, with the co-ownership interests and timeshare intervals (the "Intervals") governed by the Articles of Incorporation of Nob Hill Inn City Plan Owners Association; the By-Laws of Nob Hill Inn City Plan Owners Association; and the Amended and Restated Declaration of City Plan (Nob Hill Inn) collectively referred to herein as the "CC&Rs." The CC&Rs are in the Court's Docket as Exhibit C to the O'Brian Declaration; Dkt #13.

4. Included among the Defendants are all of the owners of Intervals (the "Co-Owners").

5. The holders of more than a 75% Super-Majority of the Intervals duly voted sell the Property and to terminate the CC&Rs consistent with the provisions of the CC&Rs. The Debtor commenced its Chapter 11 case and this Adversary Proceeding in order to implement that vote. . In

DRAFT

order to implement the vote, it would be appropriate for the Court to Order the sale free and clear of the CC&Rs, so that they do not cloud the buyer's title.

6. The Debtor has ceased operating the Property as a timeshare or as a boutique hotel and thus has ongoing expenses but no revenues. The Debtor has listed the Property for sale.

7. The Debtor has engaged in one post-petition borrowing in order to support ongoing operations in the absence of revenues; Dkt #65. The Debtor's cash on hand, consisting principally of the proceeds of its post-petition borrowing, will sustain operations only for a limited period of time. Specifically, the Monthly Operating Report for November, 2023; Dkt #85; reflects approximately $40,000 per month in disbursements and cash on hand at month end of $382,233.28

*Service of Process and its Results*

8. Through this Adversary Proceeding, the Debtor seeks a determination that it may sell the Property free and clear of the Co-Owners' interests (the "Interests").

9. All of the Co-Owners were served with process in this Adversary Proceeding by first class mail at the best address(es) available to the Debtor and at any address appearing on the rolls of the San Francisco Tax Assessor. See, Dkt #7, 16, 31, 32 and 33.

10. In addition, the approximately 379 Defendants whose email addresses were retained by the Debtor were served with process in this Adversary Proceeding by email. See, Dkt #10.

11. Notice by publication was given to all Defendants; see, Dkt #14; consistent with the Court's Order setting the requirements for notice by publication; see, Dkt #13.

12. Coupled with the service of process in this Adversary Proceeding, the Debtor solicited the execution of Consents to Judgement. See, Dkt #6. 942 Co-Owners Consented to Judgment. See, Exhibit 1 to the Kasolas Declaration filed herein.

13. No Co-Owner responded to process by filing an Answer or a Motion.

14. 129 Co-Owners did not answer and are the subject of a Clerk's Entry of Default. See, Exhibit 2 to the Kasolas Declaration.

15. All of the Co-Owners have either executed Consents to Judgment or are the subject of a Clerk's Entry of Default. See, Exhibits 3 and 10 to the Kasolas Declaration.

DRAFT

16. The Debtor determined that certain Defendants did not have Interests in the Property and sought and obtained their dismissal as having been improvidently named defendants. See, Dkt #43.

17. Every named defendant has either executed a Consent to Judgment, or is the subject of a Clerk's Entry of Default, or has been dismissed as improvidently named. See, Exhibit 8 to the Kasolas Declaration.

*Underlying Merits*

18. The CC&Rs provide, at ¶2.12: "[N]o Owner or other person or entity acquiring any right, lien or interest in any of the Property shall seek or obtain, through any legal procedures, judicial partition of the Property or the sale thereof in lieu of partition."

19. In any event, partition in kind of the Property among the estate and the Co-Owners is impracticable. Since the timeshare / hotel is no longer operating, nothing more than bare legal title to a fractional interest could be obtained by a Co-Owner through partition.

20. Sale of the estate's undivided Interest in the Property, if possible, would realize significantly less for the estate than sale of the Property free of the Interests of the Co-Owners. Although the estate owns an approximately 50% interest in the Property, any disposition subject to the rights of 524 Co-Owners would yield a fraction of the value of the estate's portion of the proceeds of a sale of the entire Property.

21. The benefit to the estate of a sale of the Property free of the Interests of the Co-Owners outweighs the detriment, if any, to the Co-Owners. Since the Property is not and will not in the future operate as a timeshare, the Co-Owner's Interest is no more than a right to fractional bare legal title, which cannot outweigh the benefit to the estate of a cash sale.

22. The Debtor complied with the procedure set forth in the CC&Rs for effecting a sale of the Property and dissolution of the Debtor, and the Co-Owners voted in favor by more than a 75% super-majority, confirming that the benefit of a sale of the Property outweighs any detriment to be suffered by Co-Owners. Article VIII, Section 8.2(a).

23. The CC&Rs provide that, upon the occurrence of the events described in Paragraph 22 above, each Defendant "by accepting the conveyance of a City Plan [Interval]…, hereby confers upon

DRAFT

the [Debtor], as trustee, the power and authority… to sell, convey or otherwise transfer the Property, together with any improvements thereon…" Article VIII, Section 8.2(a).

24. The Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

25. The Debtor represents that if relief is granted to effect a sale of the Property free and clear of Co-Owner Interests, it will promptly distribute to Co-Owners their share of the net proceeds of sale, consistent with the requirements of Section 363(j).

## CONCLUSIONS OF LAW

26. This is an Adversary Proceeding, brought pursuant to Fed. R. Bankr. P. 7001(3) *et seq.*

27. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §1334(b).

28. This Court exercises "core" jurisdiction pursuant to 28 U.S.C. §157(b)(2)(A), (M), (N) and (O) and can enter a final judgment herein.

29. Plaintiff consents to the entry of final judgments or orders in this Adversary Proceeding. By submitting voluntary Consents to Judgment, the consenting defendants consent to entry of a final judgment herein.

30. Venue is appropriate pursuant to 28 U.S.C. §1409(a).

31. All Defendants were duly served with process in a manner consonant with Bankruptcy Rule 7004(b).

32. In addition, more than half the Defendants received actual notice through service of process by email.

33. In addition, all Defendants received constructive notice through Plaintiff's publication consistent with the Court's Order; Dkt # 13, Dkt #14.

34. Defendants' due process rights respecting this Adversary Proceeding have been satisfied.

35. The Defendants have received notice and an opportunity to be heard with respect to the relief sought herein.

DRAFT

36. All of the elements of Section 363(h) have been satisfied, so a Judgment permitting a sale of the Property free and clear of all Co-Owner's Interests is warranted.

37. The burden imposed by the entry of the Judgment herein on Defendants who have not affirmatively Consented is limited, since (a) the timeshare is not currently operating, and there are no viable prospects for returning it to operational condition, so the Defendants may not by retaining their interests hereafter enjoy anything other than fractional bare legal title, and (b) their interests are to re-attach to the proceeds of sale which, due to the provisions of Section 363, are likely to represent the market value of the property as a whole, and hence more than the fractional interest held by any Defendant, and (c) the Defendants will promptly receive their share of the proceeds of sale as required by Section 363(j).

38. A Judgment should be issued authorizing the sale of the Property free and clear of the Co-Owners' Interests.

* * * END OF ORDER * * *

DRAFT

# Exhibit

# B

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br><br>Debtor | Case No. 23-30368 DM<br><br>Chapter 11 |
| NOB HILL INN CITY PLAN OWNERS ASSOCIATION<br>Plaintiff<br>vs.<br><br>NOB HILL INN CITY PLAN OWNERS ASSOCIATION et al.<br>Defendants | Adv. Pro. No. 23-3023 DM |

**JUDGMENT AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF CO-OWNERS' INTERESTS**

DRAFT

Upon consideration of the Court's Findings of Fact and Conclusions of Law Regarding Adversary Proceeding To Sell Free And Clear Of Co-Owners' Interests, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment be, and it hereby is, entered in favor of Plaintiff.

2. Plaintiff be, and it hereby is, authorized to sell that certain property commonly known as "The Nob Hill Inn" (the "Property"), located at 1000 Pine Street in San Francisco, California and legally described as follows:

PARCEL 1:

BEGINNING at the point of intersection of the northerly line of Pine Street and the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet to the westerly line of Taylor Street; thence at a right angle southerly along said line of Taylor Street 75 feet to the point of beginning.

BEING a portion of 50 Vara lot No. 1025 in Block No. 219.

PARCEL 2:

BEGINNING at a point on the northerly line of Pine Street, distant thereon 25 feet westerly from the westerly line of Taylor Street; running thence westerly and along said line of Pine Street 25 feet; thence at a right angle northerly 75 feet; thence at a right angle easterly 25 feet; thence at a right angle southerly 75 feet to the point of the beginning.

BEING a portion of 50 Vara Block No. 219.

3. Plaintiff be, and it hereby is, authorized to sell the Property free and clear of the Articles of Incorporation of Nob Hill Inn City Plan Owners Association; the By-Laws of Nob Hill Inn City Plan Owners Association; and the Amended and Restated Declaration of City Plan (Nob Hill Inn) collectively referred to herein as the "CC&Rs" and any documents recorded against title to the Property which relate or refer to the operation of the Property as a Timeshare. The foregoing provision shall only affect title to the Property, and shall not alter, impair or affect the continued validity of the CC&Rs or the ongoing operation of Plaintiff.

DRAFT

4. Plaintiff be, and it hereby is, authorized to sell the Property free and clear of the interests of timeshare interval owners ("Co-Owners' Interests"), including without limitation the interests of the persons identified in the list entitled "Co-Owners" below and anyone claiming through those persons.

5. Plaintiff shall comply with the requirements of Section 363(i) and (j) of the Bankruptcy Code.

***Co-Owners***

ABDEL AL FAMILY TR
ABDEL AL FAMILY TRUST
ABERNATHY J M III&MIA L
ADELLE W ZIEMER
ADES ALAIN & DANIELLE A
ADRIENNE KIMBALL
ADVANTAGE TRAVEL LC
AHMED FAKHIUDDIN & KUSHALATA J
ALAIN ADES
ALAN C TAYLOR
ALAN ECKER
ALAN MARRA
ALAN R MCINTOSH
ALBERT AUERBACH
ALEX & DEBORAH R FRIEDMAN LVG TR
ALEX FRIEDMAN
ALEX TSENG
ALEXANDER DONALD WAYNE
ALEXANDER RANSONE
ALFREDO TERRAZAS
ALI EMAMJOMEH
ALICE MARTIN
ALISON C TAYLOR
ALISON WHITE TRUST
ALISON WHITE TSTEE
ALLEN VIRGINIA L
ALLEN WILLIAM E
ALMA A DIAZ
AMATER TRAYLOR
AMY OGAWA
AN AN TUNG
ANA M CIMOES
ANDERSEN ATHENA D
ANDERSON ROBERT & DEBORAH
ANDREW JONES
ANICE NOLEN
ANITA ATKINSON
ANITA ROTHARD
ANN SILACCI
ANN SILACCI TRUSTEE
ANNE C STEWART
ANNE C WEIDLICH
ANNE P BRENNAN REVOC TR
ANNE P BRENNAN TTEE
ANNETTE HAIDER
ANNIKA DESSLE
ANTHONY BECHTOLD TSTEE
ANTONIO & HEIDI HERNANDEZ REVOC LVG TR
ANTONIO F CLEMENTINO
ANTONIO HERNANDEZ TRUSTEE
ANTREA INVESTMENTS & TRDG LLC
ANTREA INVSMNT TRDNG
ARACELI CAYETANO
ARDELIA CLAY
ARIAS NARCISCO T & NENITA S TR
ARIC PREISENDORF
ARNE BERGMAN
ARTHUR F MELTON TRUSTEES

DRAFT

ARTHUR O'NEAL
ARTURO CAMACHO JR
ARUN K SEN
ASHER ROBERT L&PHYLLIS
ATHENA D ANDERSEN
ATKINSON, THEODORE E & ATKINSON
AUERBACH ALBERT G
AUGUSTINE FMLY REV BYPASS TRUST
AUGUSTINE FMLY REV SURVIVOR'S TRUST
AURELIO RODRIGUEZ JR
AUYEUNG THOMAS KUENYUI
AVILA ALLISON
AVILES MAYA E
AVONDET FAMILY LIVING TRUST
AYER DOROTHY R
AYER STACEY I
BACH EARL EDWARD & VIRGINIA GUNVILLE
BACHALO-FISHER CINDY LEE
BACHUS LOUIE A III & MARY ANN
BAHAL DINESH & TANUJA
BAMBI CLARK
BANISTER JAMES H JR & BANISTER
BANUELOS JOSE & CAROL
BARBARA A WELSH
BARBARA GESKE
BARBARA J HOWARD
BARBARA JOANNE MORGAN
BARBARA L WILLIAMS
BARBARA LAVARONI
BARBARA LUNDIN
BARBARA M LAVARONI
BARBARA S TERRAZAS
BARBARA URNES
BARBARA WESTREE
BATTAGLIA FAMILY TRUST
BAXTER DANIEL MICHAEL
BECHSTEIN ROBERT E & BECHSTEIN
BECHTOLD LIVING TRUST

BEIHN MARIAN
BELINDA E BOYLES
BELINDA MURPHY DENMARK
BENNETT DONALD P&SUSAN D
BENNETT KENN L & LORI A
BENTZEL DAVID EDWARD
BERGMAN ARNE & KAJSA
BERGMAN SUSAN L & GRIFFIN J DAVID
BERNICE NELSON
BERNIE C CAGUIAT
BETH HOPPER
BETTY DONG
BETTY WELSH
BIEHN MARIAN
BIRGITTA JOHANSSON
BISHOP FAMILY TRUST THE
BISHOP WILLIAM A & GAIL C
BLANCA G MARTINEZ
BLEYLE FAMILY 2001 REV LVG TRUST
BLUE PATRICIA 1994 REVOC TRUST
BLUE REVOCABLE TRUST
BOLTON DOUGLAS J & JANET C
BORDEN BRUCE S&LAURA A
BORG PAUL M & COLLEEN M
BOYLE/BRENNAN TRUST
BOYLES BELINDA E
BRANDT FRED EST OF
BRANDT JOSEPH & ELLA
BRANNER DORIS
BRAUN RICHARD JOHN
BRAZELTON SUSAN P
BRIAN BRADLEY
BRIAN T O'KELLY
BRIGGS JOEL & PATRICIA S
BROOKS PATRICIA D
BROWN MELANIE Y
BROWN TERUHIKO S
BROYLES GARY A&DEE-MARIE

DRAFT

BRUCE BORDEN
BRYANT CHARLES A & DEBORAH
BUSCH RICHARD
BUSCH TERESA
C KRISTINE MAXWELL
C MCARTHUR
CAGUIAT BERNIE C
CALLIE COBB AKONI
CAMACHO, FRANCISCO J
CAPELOTO FAMILY TRUST OF 1995
CAPUTO JOHN R
CARL GRIPSHOVER
CARL I & JOAN M KEELS FMLY TR
CARL I KEELS TSTEE
CARL MEHLHOP
CARL ROBERT FEIND
CARLOS M SIMOES
CARLTON S JAMES TRUST Z
CAROL BANUELOS
CAROLE KRAUSE
CAROLYN A LUND
CAROLYN JOHNSON
CARTER STEVE A&RHEA H
CATCHINGS RUFUS D
CATHERINE LA MATTINA
CATHLEEN HANSON
CATO JOHN
CATO JULIE
CAYETANO BERNARD QUUANO
CECIC-KARUZIC FAMILY TRUST
CECILIA MANALAC
CHAN DEXTER S&SUSANA S
CHARLES A BRYANT
CHARLES HUSON
CHARLES LAVARONI
CHARLES P HAZARIAN
CHARLES PROCTOR
CHARLES W GIBSON
CHARLOTTE ERNST
CHARLOTTE HAYES
CHAVANA GREGG
CHAW-CHI YU
CHERL SPITZ
CHERON TED & LORETTA L
CHERYL F PACHECO
CHET M GOHD
CHIA 1996 TRUST THE
CHIN CHUCK HONG&PATTY L REV TR
CHIN DIANA S
CHIN FAMILY LVG TR
CHOW GRACE CHEN-FEN
CHRIS ESTANDIAN
CHRISTIAN ZEMPEL
CHRISTINE A HOLCOMB
CHRISTINE MARGARET O'KELLY
CHRISTOPHEL ROBERT L & TERRY H
CHRISTOPHER J LOTZ
CHRISTOPHER P GREEN TSTEE
CHRISTY BROWER
CHRISTY L PODESTO
CHUCK CHIN
CHUNG FAMILY SURVIVOR'S TRUST A
CINDY A POGUE
CINDY WU
CLARENCE FINKLEA
CLARENCE GAMMAGE
CLARK JAMES E II&BAMBI
CLAUDE CONLEY
CLAUDIA CAPELOTO
CLAUDIA J CAPELOTO TSTEE
CLAY REUBEN A JR & CLAY ARDELI
CLEMENTINO ANTONIO F &RYMER RENEE
CLIFFORD DE BENEDETTI
CLINT V KUHL
CLONTZ HOWARD LVG TRUST
COGAN VINCENT M

DRAFT

COLLEEN BORG
COLLET JOHN G
CONLEY, JOY G & CLAUDE
CONNIE R STENGL
CONSTANCE KILARR
CONSTANTINE SAKALDASIS
COOGAN EUGENE A & GERMAINE
CORINN MOYA
CRAIG A SEABURG
CREAMER MICHAEL F & SANDRA
CREAMER SANDRA & MICHAEL F
CRESCI DONALD FAMILY REV TRUST
CRESCI FAMILY TRUST
CURTIS S BLEYLE
CYNTHIA LAM
CYNTHIA O'DONNELL
CYNTHIA RUBADO
DAHLE-FULLER SUSAN
DALE A TRUE
DALE LUNDIN
DALE TONG
DALEY DANA A
DAN L HOPPER JR
DANA MAZZA YOUELL
DANA MAZZA-YOUELL
DANIEL GRAYUSKI
DANIEL MICHAEL BAXTER
DANIEL MONGER
DANIELLE A ADES
DAREN J SMITH
DARLENE NAGATANI
DARNALL EDGAR M&JANE M
DAROZA EDWARD L & SUSAN A
DARRELL HORN
DARYL A WELSH
DAVID A SCHOENFELD
DAVID EDWARD BENTZEL
DAVID J JACOBSON
DAVID L ROACH
DAVID LARSEN
DAVID LEE ULRICH
DAVID M HALL 2002 REVOC TR
DAVID MICHAEL HALL
DAVID OESTERREICH
DAVID R MCNERNEY
DAVID SCHRODER
DAVID SKILLMAN
DAVIS LOWELL B&DONNA P
DAWN KORBEL
DEBENEDETTI CLIFFORD & DELANN
DEBI ECKER
DEBORA M BOHNET-NUTTALL
DEBORAH ANDERSON
DEBORAH BRYANT
DEBORAH FRIEDMAN
DEBORAH L FORD TRUE
DEBORAH NELSON
DEBORAH SEABURG
DEBRA FLANAGAN
DEBRA GALA
DEBRA L FLANAGAN
DEE-MARIE BROYLES
DEITSCH JEFFREY A
DELAN DE BENEDETTI
DELBERT PHILLIPS
DEMERSSEMAN J A&LESLIE L
DENMARK BELINDA MURPHY
DENNIS D MCCLELLAN
DENNIS K HONDA
DENNIS MATARRESE
DERRICK TIMOTHY
DESSLE JOHAN & EVA-CHRISTINA 1
DESTREE KATRINA C
DEV CORP COMMUNITY PTNRSHP
DEXTER CHAN
DIANA CHIN-BUSH

DRAFT

DIANE E LEMMONS
DIANE K HOLT
DIAZ ALMA A
DIEL RALPH
DIERKHISING J ROGER & MOLINARI
DINESH BAHAL
DIONISIO MILANES
DIRTH KEVIN MCNAIR ROBERT ESTA
DIXIE PROCTOR
DOGGETT KENNETH G
DOGGETT SYLVIA J
DOLORES NORRIS
DONALD BENNETT
DONALD BIEHN
DONALD C MOORE JR
DONALD CRESCI TSTEE
DONALD D CHIN
DONALD GOLDBERG
DONALD L MATHIS
DONALD L ROTHARD
DONALD SHEPHERD
DONALD W ALEXANDER REVO LVG TRUST
DONALD W ALEXANDER TRUSTEE
DONALD WAYNE ALEXANDER
DONG BETTY J
DONG ROGER S & GLORIA A
DONNA CLONTZ
DONNA DAVIS
DONNA J SKOVGAARD
DONNA K LOOSE-DUTMAN
DONNA MARIE SEBRING TSTEE
DONNA MATARRESE
DONNA SKOVGAARD
DORINA SARABIA
DORIS BRANNER
DOROTHEA HAZARIAN
DOROTHY R AYER
DOUGLAS J BOLTON
DOUGLAS RANSONE
DOUGLAS S GROVER TSTEE
DOZIER EARNEST JR & DOZIER JEA
DRAKE NANCY & FEULNER BRENT
DRAKE P L MEGAN
DRANE WINIFRED A
DREIS FAMILY TRUST
DROHAN RICHARD H JR
DUERSON JAMES A & NOREEN A
DURDEN WILFRED E
E JOAN MORROW TRUST THE
E JOAN MORROW TSTEE
EARL EDWARD BACH
EARNEST DOZIER
ECKER ALAN
ECKER DEBI
EDGAR DARNALL
EDWARD A GALLAGHER
EDWARD DA ROZA
EDWARD E HUTTON TSTEE
EHRHART MARY E
ELANA JOHNSON
ELIZABETH CAMARENA
ELIZABETH GOODRICH
ELIZABETH LAUCHER
ELLA BRANDT
ELLEDA ZIEMER
ELLEN THOMPSON
EMAMJOMEH ALI & CAMARENA ELIZA
EMILY A THOMPSON TSTEE
EMILY L FONG
ENDA T BRENNAN TSTEE
ENGLER MAUREEN E
ERIC ROSHOLT
ERNEST ALTMANN
ERNIE G METH
ERNST FREDERICK J & ERNST CHAR
ESTANDIAN CHRIS

DRAFT

| | |
|---|---|
| ESTATE OF PATRICK J PHILLIPS | FORREST REED |
| ESTHER D LANGHOFER | FRANCES GOODMAN |
| EUGENE & JANICE CASTAGNINI 2019 TR | FRANCES M FLORES |
| EUGENE A COOGAN | FRANCISCO CAMACHO |
| EUGENE E VAN DE BITTNER | FRANKLIN N RUSSELL |
| EUGENE GRANOVSKY | FRED C BRANDT |
| EUGENE O & MAJORIE J SAHS REV TRUST | FRED H DREIS |
| EUGENE P & SHARON T GRANOVSKY FML TRUST | FRED STEPHAN |
| EUGENE SAHS | FREDERICK ERNST |
| EULA O'NEAL | FREDERICK GERHAUSER |
| EVALENA GARCIA TSTEE | FREDRIC J PHILLIPS |
| EVAN D FRINK | FRINK EVAN D & WEIDLICH ANNE C |
| EVANS & MARY H | FULLER GLEN G |
| EVELYN GRIPSHOVER | G DUANE & MARILYN A SHAW TRUST |
| EX KANO SAMS | GAIL C BISHOP |
| FAKHIUDDIN AHMED | GAIL POULSEN |
| FARNHAM FAM REV LIV TR | GALA DEBRA |
| FARNHAM TRUST | GALE HYBARGER |
| FAY STEIN MARITAL TRUST | GALEN S WAGNER |
| FAY STEIN TSTEE | GALLAGHER EDWARD A |
| FEIND CARL R JR & LA MATTINA C | GAMMAGE CLARENCE |
| FERNANDA PRATA DA CRUZ | GARCIA JUAN |
| FERNANDEZ LOUIS&LUCIA M | GARRETT D SHAW |
| FERNANDEZ LUIS Z & CAMACHO ARTURO JR. | GARY BROYLES |
| FIFER KATHRYN P | GARY K SPITZ |
| FIFER WILLIAM C | GARY PEYTON |
| FIGUEROA MARY | GARY RANSONE |
| FILGO, ROBIN F&PAULINE K | GARY SAVIN |
| FINKLEA CLARENCE JR & SZARKA-F | GAY HENRY B JR |
| FISCHER TRUST | GENE CASTAGNINI |
| FISHER ROBERT A & WELSH BETTY | GEORGE M & VIVIENNE E COOKSON |
| FLANAGAN SHAWN D & BLUMENFELD | GEORGE MA |
| FLANAGAN SHAWN D & DEBRA L | GEORGE PUNG |
| FLORES JEFFREY S | GERALD E STENGL |
| FN RLTY SERVICES INC | GERHAUSER FREDERICK & GERHAUSE |
| FONG RANDY L | GIBSON FAMILY TRUST |
| FONG WARDEN K & EMILY L | GIL LIVNI |
| FORBES NORRIS | GIRIRAJ RAO TSTEE |

DRAFT

GIUDICI FAMILY TRUST THE
GLASSMAN MARVIN J & RHODA
GLEN G FULLER
GLEN Y KAJIYAMA
GLENN F RUSSO
GOHD CHET M
GOLDASSIO RAY J&MYRNA N
GOLDBERG DONALD S & GOLDBERG L
GOLDBERG DONALD S&LORAIN
GOLDBERG LORAIN RUTH
GONG YUT M & LAURA D
GOODMAN JOHN C&FRANCES W
GOODRICH JAMES R &ELIZABETH M
GORDON MEYER
GRACE CHENG FEN CHOW
GRACE PUNG
GRAYUSKI JUNE Z & DANIEL
GREEN FAMILY TRUST 2000
GREGG CHAVARIA
GREGORY A JOHNSON
GREGORY D VACCA
GREGORY M MEYER
GREGORY P JOHNSON
GREGORY P JOHNSON DDS IN
GREGORY S MATAYOSHI
GREYCAS
GRIPSHOVER CARL J & GRIPSHOVER
GROVER FAMILY TRUST
GRUND CHOW
HAGAN WILLIAM EARL
HAIDER ANNETTE
HALL ROSE ANN
HANSON RONALD A & HANSON CATHL
HANSON TONI
HAROLD MONIZ TSTEE
HASHIMOTO TERRY & HASHIMOTO PA
HAYES THEODORE R & CHARLOTTE A
HAZARIAN FAMILY TRUST 1992 THE

HECTOR MARTINEZ
HEFLIN NOLEN
HEIDI HERNANDEZ TRUSTEE
HEIDI SKILLMAN
HELEN GERHAUSER
HELEN KYLE
HELEN NORTON
HENDERSON ARNOLD R & MARY C
HENRIETTA GIUDICI
HENRY AUGUSTINE
HENRY B GAY
HENRY L EVANS
HENRY PEREZ
HIBBARD HIRAM RICHARD
HIRAM RICHARD HIBBARD
HIROKO SHOWLER
HOFEN ENTERPRISES INC
HOLCOMB CHRISTINE A
HOLLEY SHARON D
HOLT DIANE K
HOM LESLIE T & MITSUE TRUSTEES
HONDA DENNIS K & YAMANAKA TAKA
HOOBYAR FAMILY
HOOBYAR PAUL D
HOPPER BETH
HOPPER DAN L JR
HORN DARRELL & NANCY K
HORWATH FAMILY LIVING TRUST
HOWARD BARBARA J
HOWARD FISCHER
HOWARD W LEWIS
HUSON CHARLES E
HUTTON FAMILY 1997 TRUST
HYBARGER JAMES & NICHOLS-HYBAR
INC SHELTER SYSTEMS
INGALSBE SIDNEY F&LOLA L
INN CITY PLAN OWNERS ASSOCIATION
IRENE M HENSEL FAMILY TRUST

DRAFT

IRENE M HENSEL TSTEE
IRINA SOULE
J DAVID GRIFFIN
JACK A OWENS
JACK LEHNERT
JACKSON JANELLE LEE
JACOBI KRISTI A
JACOBSON DAVID J & LINDA R M
JACOBSON DAVID J&LINDA R M
JACOBSON LINDA ANN
JACQUELINE M SMITH TRUST
JACQUELINE M SMITH TSTEE
JACQUELINE MEHLHOP
JAMES A DUERSON
JAMES CLARK
JAMES E SIEVERS LVG TR
JAMES FAMILY TRUST
JAMES GOODRICH
JAMES HYBARGER
JAMES JACKSON
JAMES JR BANISTER
JAMES L POGUE
JAMES LAWRENCE
JAMES MCMILLAN
JAMES R MAXWELL
JAMES SIEVERS
JAMES W NORTHAM
JAMIESON REGINA
JANE E LEWIS
JANE R DARNALL
JANELLE JACKSON
JANET C BOLTON
JANET SIMAS
JANET SPRAGUE
JANICE ANNETTE MCKEOWN
JANICE CASTAGNINI
JANICE DREIS
JANICE L PEGLER

JAYNE BLEYLE
JEAN A GUNNARSON 2004 REV TRUST
JEAN A GUNNARSON TSTEE
JEAN MARINO
JEANETTE MONGER
JEANNE DUNCAN
JEANNE DUNCAN TRUST
JEANNE M SPEDIACCI
JEANNE RAY
JEANNE ROSE ROBERTS TSTEE
JEANNETTE C JUSTUS
JEANNIE DOZIER
JEANNIE LOPES
JEFFREY A DEITSCH
JEFFREY FLORES
JEFFREY JOHNSON
JEFFREY URNES
JENNY JON A & VIRGINIA
JENNY L CHIN
JERRY NORTON
JERRY S KILARR
JERRY TANG
JEW, LORETTA
JOAN CHIA
JOAN M KEELS TSTEE
JOAN SAKALDASIS
JOANN M MAHER
JOANNE YEE
JOEL BRIGGS
JOEL LAUCHER
JOHAN DESSLE
JOHANSSON I BIRGITTA
JOHN A PAGLUICA JR
JOHN A STEWART
JOHN ABERNATHY III
JOHN C BATTAGLIA TSTEE
JOHN CATO
JOHN DE MERSSEMAN

DRAFT

JOHN G COLLET
JOHN GOODMAN
JOHN JR FARNHAM TSTEE
JOHN L HORWATH
JOHN PURZYCKI
JOHN R CAPUTO
JOHN SIMMONS
JOHNSON ALDEN & CAROLYN TRUST
JOHNSON ELENA
JOHNSON FAMILY TRUST THE
JOHNSON JUDY A & GREGORY A
JOHNSON THOMAS L
JON JENNY
JONES ANDREW & LISA M
JOSE BANUELOS
JOSEF D COOPER
JOSEPH BRANDT
JOSEPH EDWARD PERRY II
JOSEPH P KEVIN
JOSEPH P MAESTRO
JOSEPH PERT
JOSEPH VENTIMIGLIA
JOY GAIL CONLEY
JUAN GARCIA
JUDITH A NOERR & PHILIP J BYRNE I
JUDITH LITTLE
JUDITH M JAMES
JUDITH PAGLUICA JR
JUDITH PURZYCKI
JUDITH R DADDIO
JUDITH VENTIMIGLIA
JUDY A JOHNSON
JUDY A SMITH
JUDY NOERR
JUDY YU
JULIE CATO
JULIE PILOSSOPH
JUNE EDDY
JUNE Z GRAYUSKI
KAJIYAMA GLEN Y
KAJSA BERGMAN
KAREN CARPENTER LUGO
KAREN PREISENDORF
KAREN R MCLANAHAN
KATELYN ZEMPEL
KATHERINE FOX FEENY REVOC TRUST
KATHERINE FOX FEENY TRUST
KATHERINE MCDONNELL
KATHERINE S PIJEWSKI
KATHLEEN ANN ULRICH
KATHLEEN H RATTO
KATHLEEN LIVNI
KATHLEEN M LOLLOCK TRUSTEE
KATHLEEN R GROVER TSTEE
KATHLEEN REED
KATHRYN L TILLETT TRUST
KATHRYN LEE WALLACE REVOC TRUST
KATHRYN P FIFER
KATHRYN TILLETT
KATHRYN WALLACE
KATRINA C DESTREE
KELLI SAMS
KELLY ANNE THOMPSON
KELLY FAMILY LVG TRUST
KENN L BENNETT
KENNETH G DOGGETT
KENNETH POULSEN
KENT MESSICK
KEVIN DIRTH
KEVIN JEW
KEVIN W LEMMONS
KILARR, JERRY S & CONNIE G
KIMBALL ADRIENNE
KIRKHAM, TRACY R
KITTY CHOW TANG
KLEIN RICHARD J & KLEIN MARGAR

DRAFT

| | |
|---|---|
| KRAUSE FAMILY LIVING TRUST THE | LILLIAN S SPORING |
| KRISTEN MCMILLAN | LIM LARRY |
| KRISTI A JACOBI | LINDA ANN JACOBSON |
| KUHL CLINT V | LINDA J ASHCRAFT |
| KUSHALATA AHMED | LINDA K JUHL |
| KUSPER RICHARD | LINDA PEYTON |
| KYLE NORMAN R&HELEN V | LINDA R NICOL |
| LACH MARGARET E | LINDA RYUS |
| LAM, MILTON M & CYNTHIA | LISA ARICO RODRIGUEZ TR |
| LANGFORD-HILL SUSANNE M | LISA M JONES |
| LANGHOFER ESTHER D | LITTLE ROBERT H SR & LITTLE JU |
| LANGHOFER RONALD A | LIVNI GIL & KATHLEEN D |
| LARAMIE D MAESTRO | LOBO NIGEL M & VINITA |
| LARRY G O'DONNELL | LOCKE TRUST |
| LARSEN DAVID W&DIAN L | LOLA INGALSBE |
| LAUCHER ELIZABETH | LOLLOCK FAMILY TRUST |
| LAUCHER JOEL | LOOSE DONNA K |
| LAUGHLIN WILLIAM A & LAUGHLIN | LOOSE TERRY A |
| LAURA BORDEN | LOPES JEANNIE |
| LAURA GONG | LOPES TODD A |
| LAVARONI CHARLES & BARBARA M | LORA PATTON |
| LAVARONI CHARLES W & LAVARONI | LORAIN GOLDBERG |
| LAWRENCE FAMILY TRUST | LORETTA CHERON |
| LAWRENCE J RATTO | LORETTA JEW |
| LAWRENCE LOVERCHECK | LORI A BENNETT |
| LEE & TAMMY YEAO 2007 FMLY TRUST | LORRAINE GUERRERA |
| LEE MATTHEW REVOC LVG TRUST | LORRAINE M MCINTOSH |
| LEE MATTHEW TSTEE | LORREN-ROBERTS DAWNIELLE |
| LEE PHILLIP | LOTZ CHRISTOPHER J |
| LEE TOBER | LOUIE A BACHUS III |
| LEHNERT JACK & JUHL LINDA K | LOUIS A PARE |
| LELAND GIUDICI | LOUIS D SILVER |
| LEMMONS KEVIN W&DIANE E | LOUIS FERNANDEZ |
| LESLEY MACFARLANE TSTEE | LOUIS J WILLETT |
| LESLIE DE MERSSEMAN | LOUIS MCCONNELL |
| LESLIE T HOM | LOUIS SILVER |
| LEWIS HOWARD W & JANE E | LOURDES HENARES-LEVY REVOC TRUST |
| LEWIS HOWARD W&JANES E | LOURDES HENARES-LEVY TSTEE |

DRAFT

LOURMINIA SEN
LOVERCHECK LAWRENCE R & LOVERC
LOWELL DAVIS
LUCIA FERNANDEZ
LUCY RODRIGUEZ
LUIS Z FERNANDEZ
LUND CAROLYN A
LUND CAROLYN A FAMILY TRUST 98
LUNDIN DALE W&BARBARA
LYNNETTE M BATTAGLIA TSTEE
LYSEN STEVEN R
M DEAN JONES
MA LIVING TRUST
MACFARLANE LESLEY MELVILLE REVOC TR
MACFARLANE TRUST
MACIEJOWSKI FAMILY TRUST THE
MAESTRO LARAMIE
MAHER JOANN M & SMITH DAREN J
MALKANI SUNIL & NEETA S
MANALAC CECILIA V
MANTUROFF TANIA
MARC WILSON SAN MAR PROP INC
MARCELO CAYETANO
MARGARET E LACH
MARGARETE DE TURK
MARGARITA KLEIN
MARGO L WHITNEY
MARGUERITE SHEPHERD
MARIA ARMIDA SMARANDACHE
MARIA SH DEMOORE
MARIAN BIEHN
MARIAN E BIEHN
MARIE MALONEY
MARILYN A ROACH
MARILYN AVONDET
MARILYN SHAW TRUST
MARINA BAY & MIDLER SVCS LLC
MARINELLI FAMILY 2005 TRUST
MARJORIE A TEUFEL
MARJORIE SAHS
MARK ALLAN PATTERSON
MARK HOLCOMB
MARK MILLER
MARK TERRELL
MARLENE P ZUEHLSDORFF
MARRA NICHOLAS A
MARSHA J TAYLOR
MARSHA M VANNAH
MARSICO RENATA T
MARTHA TSENG
MARTINEZ HECTOR & BLANCA G
MARVIN DEAN JONES 2017 TRUST
MARVIN GLASSMAN
MARWAN M ABDEL AL TTEE
MARY ANN BACHUS
MARY CONWAY-MAPELLI TSTEE
MARY E EHRHART
MARY FIGUEROA
MARY H EVANS
MARY JO BECHTOLD TSTEE
MARY JO POTTER
MASTERSON RICHARD G
MATARRESE DENNIS L & MATARRESE
MATAYOSHI GREGORY S
MATHIS DONALD L & HEALY-MATHIS SHARON E
MATTHEW C YOUELL
MATTHEW YOUELL
MATTHEWS THERESA D
MAUREEN ENGLER
MAXWELL JAMES R & C KRISTINE
MAYA AVILES
MAYROSE TONG
MCARTHUR
MCCLELLAN SANDRA G & DENNIS D
MCCONNELL PETER & LOUIS
MCCONNELL ROBERT H & MCCONNELL

DRAFT

MCCOY RHODY
MCDONNELL KATHERINE
MCGEE SALLY J
MCINTOSH ALAN R & MCINTOSH LOR
MCKEOWN JANICE A
MCLANAHAN ROBERT L & KAREN R
MCLAUGHLIN FAMILY TRUST
MCLELLAN DENNIS D & SANDRA G
MCMILLAN FAMILY TRUST
MCNERNEY DAVID R
MEHLHOP CARL F & MEHLHOP JACQUELINE D
MELANIE Y BROWN TRUST
MELTON FAMILY TRUST
MERRICK E DUPLAN
MERRICK E DUPLAN TTEE
METH ERNIE G & SYDNEEE R
MEYER GREGORY M & RUTH L
MEYER, GORDON J
MIA ABERNATHY
MICHAEL & VICTORIA O'CONNOR TR
MICHAEL C WEXLER
MICHAEL CAPELOTO
MICHAEL E PEGLER
MICHAEL F CREAMER
MICHAEL PATTON
MICHAEL ROGERS
MICHAEL ROSS
MICHAEL S CAPELOTO TSTEE
MICHAEL SOULE
MICHAEL STRASSER
MICHAEL THOMPSON
MICHAEL W & LINDA J ASHCRAFT REVOC TR
MICHAEL W ASHCRAFT
MIDLER SERVICES LLC MARINA BAY AND
MIECZYSLA MACIEJOWSKI
MIKE L PACHECO
MILLER MARK D
MILTON KELLY
MILTON M LAM
MITCHELL JOHNSON
MITSU OGAWA
MITSUE HOM
MIYAZAKI RITSUKO
MONGER, DANIEL J & MONGER JEANE
MONICA MONIZ TSTEE
MONIZ FAMILY TRUST THE
MOORE DONALD C JR & DEMOORE MARIA SH
MORGAN ROBERT BROWN & BARBARA JOANNE
MORROW TRUST
MOYA ROLANDO E & MOYA CORINNE
MURPHY HOWARD J & KORBEL DAWN
MYRNA GOLDASSIO
NAGATANI DARLENE J
NANCY DRAKE
NANCY R HORN
NANETTE M HORWATH
NATASHIA RUSNAK
NEETA S MALKANI
NELSON BERNICE R
NENITA ARIAS
NEUMAN RICHARD B
NICASIO SARABIA
NICHOLAS MARINELLI
NICHOLAS MARRA
NICK DADDIO
NICK F & JUDITH P DADDIO REVOC TR
NICOL /LITTLEWOOD FAM TRUST
NIGEL M LOBO
NOB HIL INN CITY PLAN OWNERS ASSN
NOB HILL CITY PLAN OWNERS ASSN
NOB HILL IN CITY PLAN OWNERS ASSN
NOB HILL INN
NOB HILL INN CIT PLAN OWNERS ASS
NOB HILL INN CITY OWNERS ASSOC
NOB HILL INN CITY PLAN ASSN
NOB HILL INN CITY PLAN OWNER ASSN

DRAFT

NOB HILL INN CITY PLAN OWNERS
NOB HILL INN CITY PLAN OWNERS ASS
NOB HILL INN CITY PLAN OWNERS ASSN
NOB HILL INN CITY PLAN OWNERS ASSOC
NOB HILL INN CITY PLAN OWNERS ASSOCIATIO
NOB HILL INN CITY PLAN OWNERS ASSOCIATION
NOB HILL INN CITY PLAN OWNRS ASSN
NOB HILL INN CITY PLAN WNRS ASSN
NOB HILL INN CITY PLN OWNERS ASSN
NOB HILL INN CITY PLN OWNRS ASSN
NOB HILL INN INN PLAN OWNERS ASSN
NOB HILL INN VACATION PLN OWNRS A
NOB RILL INN CITY PLAN OWNERS ASS
NOLEN HEFLIN & ANICE FMY REV LV T
NORA MAJA G MILANES REVOC TRUST
NORA MILANES
NOREEN A DUERSON
NOREEN K SEBREE
NORMA PERT
NORMAN HOWARD
NORMAN KYLE
NORMAN NELSON
NORRIS DOLORES H
NORTHAM JAMES W&SUSAN D
NUTALL STUART A & BOHNET-NUTALL DEBORA M
O K LAND PRODUCTIONS INC
ODONNELL LARRY G & ODONNELL CY
OGAWA MITSUO & AMY E
OK LAND PRODUCTIONS
OKELLY BRIAN T
OKELLY CHRISTINE MARGARET
OLIVER SIMON LLC
OWENS JACK A & PATRICIA G
P L MEGAN DRAKE
P, MC LAUGHLIN, P LO COCO
PACHECO MIKE L & CHERYL F
PACIFIC PROPERTY RESOURCES LLC
PAGLUICA JOHN A JR

PALMIRA OESTERREICH
PARE LOUIS A & MOORE STEPHANIE
PATRICE A BOYLE TSTEE
PATRICIA AVILES-SHAW
PATRICIA BLUE TTEE
PATRICIA BRADLEY
PATRICIA D BROOKS
PATRICIA E DUPLAN
PATRICIA E DUPLAN FAMILY TRUST
PATRICIA E DUPLAN TTEE
PATRICIA HASHIMOTO
PATRICIA OWENS
PATRICIA ROGERS
PATRICIA S BRIGGS
PATRICK J PHILLIPS
PATRICK M TABOR
PATTERSON MARK ALLAN
PATTERSON TERESA M
PATTON MICHAEL & LORA
PATTY LI CHIN
PAUL & FRANCES FLORES FMLY TRUST
PAUL BORG
PAUL J FLORES
PAUL S CHIA
PAULA KELESIS SEPARATE PRPTY TRUS
PAULA KELESIS TSTEE
PAULA MCCONNELL
PAULINE FILGO
PEDRO E RODRIGUEZ TR
PEGLER FAMILY TRUST
PEREZ HENRY S
PERFUSION CORP LA JOLLA
PERRY JOSEPH EDWARD III
PERT JOSEPH L JR&NORMA S
PERT JOSEPH L&NORMA S
PETER MCCONNELL
PETER RYUS
PETERS CAROL

DRAFT

PETERS STACEY
PEYTON GARY & LINDA
PHILLIP BONETANT
PHILLIP D K LEE
PHILLIPS DELBERT
PHILLIPS FREDERIC J
PHILLIPS FREDRIC J
PHYLLIS ASHER
PIETRO STEPHAN A
PIJEWSKI KATHERINE S
PILLOSSOPH RALPH J & PILLOSSOP
PODESTO CHRISTY L
POGUE JAMES L & CINDY A
POGUE OLIVIA KIRIN
POGUE TYSON JAMES
POTTER MARY J
POULSEN KENNETH L&GAIL C
PRATA DA CRUZ LTD
PREISENDORF ARIC & KAREN
PROCTOR CHARLES L II & PROCTOR
PUNG GEORGE S & GRACE Y
PURZYCKI JOHN J&JUDITH A
R GREENBERG
RACHEL GROSS
RALPH DIEL
RALPH PILOSSOPH
RANDALL L THOMPSON TSTEE
RANDY FONG
RANSONE CONSTRUCTION
RAPPAPORT RICHARD &HEATHER
RATTO LAWRENCE J & KATHLEEN H
RATTO LAWRENCE J & RATTO KATHL
RAY FAMILY TRUST
RAY GOLDASSIO
RAYMOND & EVALENA GARCIA REVOC FM
RAYMOND GARCIA TSTE
REED FORREST A & REED M KATHLE
REGINA JAMIESON

REHANI SAM
RENATA MARSICO
RENEE RYMER
REUBEN CLAY
RHEA CARTER
RHODA GLASSMAN
RHODY MCCOY
RICH DROHAN
RICHARD B NEUMAN
RICHARD BUSCH
RICHARD C & CAROL ANN GROSS FMLY REVOC
RICHARD D & RACHAEL C GROSS RE
RICHARD D ZUEHLSDORFF
RICHARD G MASTERSON
RICHARD GROSS
RICHARD JOHN BRAUN
RICHARD KLEIN
RICHARD KUSPER
RICHARD L KUSPER
RICHARD L SMITH
RICHARD MALONEY
RICHARD S CONWAY/MARY MAPELLI-CONWAY TR
RICHARD SEAN CONWAY/MARY MAPELLI-CONWAY
RICHARD SENN CONWAY TSTEE
RICHARD TSUKUSHI
RITSUKO MIYAZAKI
ROACH DAVID L & MARILYN A
ROBERT ANDERSON
ROBERT ASHER
ROBERT BECHSTEIN
ROBERT BROWN MORGAN
ROBERT D VANNAH
ROBERT E LEE ROBERTS TSTEE
ROBERT FISHER
ROBERT GESKE
ROBERT H MCCONNELL
ROBERT L CHRISTOPHEL
ROBERT L MCLANAHAN

DRAFT

ROBERT LITTLE
ROBERT LOUIS STEVENSON SCHOOL
ROBERT SKOVGAARD
ROBERT SOCKOLOV
ROBERT TOMCZAK
ROBERT WESLEY
ROBERTA GREENBERG
ROBERTS ROBERT E JR & ROBERTS
ROBIN A WILLETT
ROBIN FILGO
ROBIN MOHR GRUBEL REVOC LVG TRUST
ROBIN MOHR GRUBEL TSTEE
ROBIN SAVIN
RODRIGUEZ AURELIO JR & LUCY
RODRIGUEZ FAMILY TRUST
ROGER DIERKHISING
ROGER DONG
ROGERS MICHAEL D & ROGERS PATR
ROLANDO MOYA
RON MORELAND
RONALD & JEAN RODGERS TRUST
RONALD A LANGHOFER
RONALD HANSON
RONALD RODGERS TSTEE
RONALD W SPORING
RONALD WILLIAM MORELAND REVOC LVG
ROSE ANN HALL
ROSE MARINELLI
ROSE SIMMONS
ROSEVILLE RADIOLOGY
ROSEVILLE RADIOLOGY MEDICAL GR
ROSHOLT ERIC J&BONNIE L
ROSS MICHAEL
ROUSSEAU JEAN M
ROY AVONDET
RUFUS D CATCHINGS
RUSNAK NATASHIA
RUSSELL FRANKLIN N
RUSSO GLENN F
RUTH LYNN MEYER
RUTH SILVA
RYUS PETER R & LINDA S
SABRINA DIERKHISING
SAKALDASIS CONSTANTINE J & SAK
SALLY A MELTON TRUSTEES
SALLY J MCGEE
SAMS EX KANO
SAMS KELLI JO
SAN MAR PROP INC
SAN MAR PROPERTIES INC
SANDRA AUGUSTINE
SANDRA CREAMER
SANDRA FISCHER
SANDRA G MCCLELLAN
SANDRA LAUGHLIN
SANDU MARGARIT SMARANDACHE
SARA LEE BANISTER
SARA WOODS INC
SARABIA NICASIO JR & SARABIA D
SARAH JOHNSON
SAVIN GARY W & ROBIN L
SCHOENFELD DAVID A & MARGRAVE
SCHRODER DAVID & COLLEEN
SCHRODER DAVID N & SCHRODER CO
SEABURG CRAIG A&DEBORAH
SEBREE THOMAS A&NOREEN K
SEBRING LIVING TRUST
SEN ARUN K & LOURMINIA C
SHANNON ROSENBLATT TSTEE
SHARON D HOLLEY
SHARON E HEALY-MATHIS
SHARON GRANOVSKY
SHARON LAWRENCE
SHARON SHELGREN
SHARRY HICKEY
SHAWN D FLANAGAN

DRAFT

SHEILA BECHSTEIN
SHELGREN, SHARON
SHELTER SYSTEMS INC
SHEPHERD DONALD E & SHEPHERD M
SHERYL J VACCA
SHIRLEY KELLY
SHOWLER HIROKO O
SIDNEY INGALSBE
SILACCI FAMILY TRUST
SILACCI STEVE & ANN
SILVA RUTH
SILVER LOUIS D & GREENBERG ROB
SILVER LOUIS D & GREENBERG ROBERT
SIMAS JANET
SIMMONS JOHN M & ROSE P
SIMOES CARLOS M & ANA M
SINANDER MARGO WHITNEY
SKOVGAARD J ROBERT & DONNA J
SKOVGAARD J ROBERT & SKOVGAARD
SKYLINE INTERNATIONAL PRPTS LLC
SMARANDACHE MARIA ARMIDA
SMARANDACHE SANDU MARGARIT
SMITH RICHARD L & JUDY A
SOCKOLOV ROBERT L & SOCKOLOV A
SOULE MICHAEL & IRINA
SPEDIACCI JEANNE
SPITZ GARY K& CHERL I FAM TR
SPORING FMLY TR
SPRAGUE JANET
ST CLAIRE CAPITAL MGMT INC
ST CLAIRE CAPITAL MNGMNT INC
ST CLAIRE MANAGEMENT
ST CLAIRE MNGMNT INC
STACEY I AYER
STACEY PETERS
STEIN TRUST
STEPHAN A PIETRO
STEPHAN FRED
STEPHANIE C GREEN TSTEE
STEPHANIE GIBSON
STEPHANIE M MOORE
STEPHEN & ALICE MARTIN FMLY TRUST
STEPHEN KRAUSE
STEPHEN MARTIN
STEVE CARTER
STEVE MARINO
STEVE SILACCI
STEVE SILACCI TRUSTEE
STEVEN CHUNG TSTEE
STEVEN R LYSEN
STEWART JOHN A & ANNE C
STRASSER MICHAEL G & STRASSER
STUART A NUTTALL
SUNIL MALKANI
SUSAN B HUTTON TSTEE
SUSAN BENNETT
SUSAN D NORTHAM
SUSAN DA ROZA
SUSAN DAHLE FULLER
SUSAN K VAN DE BITTNER
SUSAN L BERGMAN
SUSAN P BRAZELTON
SUSAN TOMCZAK
SUSANNE MARIE LANGFORD-HILL
SYDNEE R METH
SYLVIA J DOGGETT
TABOR PATRICK M
TAKAKO YAMANAKA
TAMMY TOBER
TANG JERRY & KITTY CHOW
TANIA MANTUROFF
TANUJA BAHAL
TAYLOR ALAN C
TAYLOR ALISON C
TAYLOR MARSHA J & TERRELL MARK
TED CHERON

DRAFT

TERESA BUSCH
TERESA M PATTERSON
TERRAZAS ALFREDO & BARBARA S
TERRY A LOOSE
TERRY CHRISTOPHEL
TERRY HASHIMOTO
TERUHIKO S BROWN TRUST
TEUFEL MARJORIE A
THEODORE E ATKINSON
THEODORE R HAYES
THERESA D MATTHEWS
THERISIA FINKLEA
THOMAS A SEBREE
THOMAS H TILLETT
THOMAS KUENYUI AUYEUNG
THOMAS L JOHNSON
THOMAS LOCKE TSTEE
THOMPSON FAMILY TRUST
THOMPSON KELLY ANNE
THOMPSON MICHAEL J & THOMPSON
TIEN-WEN WIEDMANN
TIMESHARE HOLDING
TIMOTHY DERRICK
TODD A LOPES
TOMCZAK ROBERT J&SUSAN H
TONG DALE & MAYROSE
TONI HANSON
TRACY KIRKHAM
TRACY R KIRKHAM FMLY TR
TRAYLOR AMATER Z JR & TRAYLOR
TRINA LOVERCHECK
TRUE DALE A & FORD-TRUE DEBORA
TRUST A
TSENG ENTERPRISES INC
TSUKUSHI RICHARD
TUNG AN-AN
ULRICH DAVID LEE
ULRICH KATHLEEN ANN

URNES FAMILY TRUST
VACATION SERVICES W
VACATION SERVICES WEST INC
VACCA GREGORY D & SHERYL J
VAN DE BITTNER EUGENE E & VAN
VANNAH ROBERT D & MARSHA M
VELINOV ALEXANDER
VENTIMIGLIAN LIVING TRUST
VERONICA WEXLER
VICTORIA O'CONNOR
VINCENT COGAN
VINITA LOBO
VIRENE TRAYLOR
VIRGINIA GUNVILLE BACH
VIRGINIA JENNY
VIRGINIA L ALLEN
VIRGINIA STRASSER
W PERRY BRYANT JR TSTEE
W PERRY BRYANT,JR REVOC TRUST 1989
W PERRY JR & PAULINE L BRYANT REVOC TR
WAGNER GALEN S
WALTER L SEBRING III TSTEE
WARDEN K FONG
WEBB SCHOOLS OF CA
WEBB SCHOOLS OF CALIF
WELSH BARBARA A
WELSH DARYL A
WESLEY ROBERT
WESTREE BARBARA L
WEXLER MICHAEL
WHITNEY MARGO LEE
WIEDMAN TIEN-WEN
WILFRED DURDEN
WILFRED E DURDEN 2020 TR
WILLETT FAMILY LVG TRUST
WILLIAM A BISHOP
WILLIAM C FIFER
WILLIAM E ALLEN

DRAFT

WILLIAM EARL HAGAN
WILLIAM HICKEY
WILLIAM LAUGHLIN
WILLIAM RAY
WILLIAMS JAMES P & WILLIAMS BA
WILLIAMS KAREN ELAINE
WIMSATT OMAR
WINIFRED STANARD
WU CINDY
WYATT A JONES REVOC TRUST
WYATT JONES

WYNSTON V MARGRAVE
YEE JOANNE
YOUELL MATTHEW C & DANA MAZZA
YOUELL MATTHEW C & MAZZA-YOUELL DANA L.
YU CHAW-CHI & JUDY
YUT GONG
ZELKO CECIC-KARUZIC
ZEMPEL CHRISTIAN & KATELYN
ZIEMER ADELLE W
ZIEMER ELLEDA
ZUEHLSDORFF RICHARD D & MARLENE P

* * * END OF ORDER * * *

DRAFT